IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT DESOUSA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case No. 05-501-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL WASHINGTON, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Anthony D. Bornstein
Federal Public Defender's Office
101 SW Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Petitioner

Hardy Myers
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 22, 2008. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). The petitioner has filed objections and the government has filed a response.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a *de novo* determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

Accordingly, I ADOPT Judge Stewart's Findings and Recommendation (#61). The Petition for Writ of Habeas Corpus (#1) is DENIED. This action is dismissed with prejudice.

Dated this _____3rd_____ day of September, 2008.

       /s/ Garr M. King
       Garr M. King
       United States District Judge

Page 2 - ORDER